**Brian B. CLYBURN, Petitioner-Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

No. 16-1994

United States Court of Appeals, Fourth Circuit.

Submitted: January 31, 2017

Decided: February 2, 2017

Brian B. Clyburn, Appellant Pro Se. Melissa Briggs, Teresa E. McLaughlin, Gilbert Steven Rothenberg, Senior Attorney, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; William J. Wilkins, INTERNAL REVENUE SERVICE, Washington, D.C., for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian B. Clyburn appeals the tax court's orders dismissing his petition for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. Clyburn v. Comm'r, Tax Ct. No. 7060–15 (U.S. Tax Ct. May 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED